# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

O&G INDUSTRIES, INC.,

          V.               **SUMMONS IN A CIVIL CASE**

EVEREST NATIONAL INSURANCE COMPANY,

CASE NUMBER: 3:12-CV-01687-AWT

TO: **Everest National Insurance Company**
Defendant's Address:

A lawsuit has been filed against you.

Within **21 days** after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Dennis J. Artese**
**Anderson Kill & Olick P.C**
**1251 Avenue of The Americas 42nd Floor**
**New York, NY 10020**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ — N. Kelsey
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2012-11-29 12:28:32.0, Clerk
USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* EVEREST NATIONAL INSURANCE
was received by me on *(date)* 12/4/12.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* KEITH BARBAROSH , who is
designated by law to accept service of process on behalf of *(name of organization)*
EVEREST NATIONAL INSURANCE on *(date)* 12/4/12 ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/5/12

_____
Servers signature

Donna M. Hands / Manager
Printed name and title

25 Maple Street
Somerville, NJ 08876
Servers address

Additional information regarding attempted service, etc: