IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **O&G INDUSTRIES, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**EVEREST NATIONAL INSURANCE COMPANY,**<br><br>Defendant. | Case No.: 3:12-cv-01687-AWT<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br><br><br>Document Electronically Filed |

The undersigned, counsel for defendant, Everest National Insurance Company, certifies that Everest National Insurance Company is as subsidiary of Everest Reinsurance Company which is in turn part of Everest Re Group, Ltd., a publicly-held and traded corporation. Other companies within Everest Re Group, Ltd. include Everest International Reinsurance, Ltd., Everest Global Services, Inc., Everest Underwriting Group (Ireland) Limited, Everest Reinsurance (Bermuda), Ltd., Everest Reinsurance Holdings, Inc., Everest Reinsurance Company (Ireland) Limited, Everest Insurance Company of Canada, Everest Specialty Underwriters, LLC, Heartland Crop Insurance, Inc., Everest Indemnity Insurance Company, Everest Security Insurance Company, and Everest Reinsurance Company-Escritorio de Representacao No Brasil Ltda.

Respectfully submitted,

By: /s/James E. Carroll
James E. Carroll (Bar Number ct26708)
NELSON MULLINS RILEY & SCARBOROUGH, LLP
1 Post Office Square, 30th Floor
Boston, MA 02109-2127
Attorneys for Defendant,
Everest National Insurance Company

1

569824

Of Counsel:

Kevin E. Wolff, Esq.
COUGHLIN DUFFY LLP
Coughlin Duffy LLP
350 Mount Kemble Avenue, P.O. Box 2075
Morristown, New Jersey 07962-2075
Telephone:  (973) 267-0058
Facsimile:  (973) 267-6442
Attorneys for Defendant,
Everest National Insurance Company

Dated:  December 21, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2012, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  The parties may access this filing through the Court's CM/ECF System.

By:  /s/James E. Carroll
James E. Carroll (Bar Number ct26708)

Dated:  December 21, 2012