IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| O&G INDUSTRIES, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>EVEREST NATIONAL INSURANCE COMPANY,<br><br>                Defendant. | Case No.: 3:12-cv-01687-AWT<br><br>**INITIAL MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND AMENDED COMPLAINT**<br><br>Document Electronically Filed |

1. The undersigned, counsel for defendant, Everest National Insurance Company, hereby moves for an extension of time up to and including January 8, 2013, to answer or otherwise respond to the complaint and amended complaint.

2. Defendant's time to answer or otherwise respond to the complaint and the amended complaint presently expires on December 25, 2012, and no extension has to date been granted nor has any request for an extension been made.

3. This is the first motion for an extension of time to answer or otherwise move against the complaint and amended complaint.

4. Counsel for plaintiff has been advised of this request for an extension of time and has advised that plaintiff has no objection to this motion.

                                                Respectfully submitted,

                                                NELSON MULLINS RILEY & SCARBOROUGH, LLP
                                                1 Post Office Square, 30th Floor
                                                Boston, MA 02109-2127
                                                Attorneys for Defendant,
                                                Everest National Insurance Company

                                      By:   /s/James E. Carroll
Dated: December 21, 2012                   James E. Carroll (Bar Number ct26708)

570056

1

Of Counsel:

Kevin E. Wolff, Esq.
COUGHLIN DUFFY LLP
Coughlin Duffy LLP
350 Mount Kemble Avenue, P.O. Box 2075
Morristown, New Jersey 07962-2075
Telephone:  (973) 267-0058
Facsimile:   (973) 267-6442
Attorneys for Defendant,
Everest National Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2012, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  The parties may access this filing through the Court's CM/ECF System.

By:  /s/James E. Carroll
James E. Carroll (Bar Number ct26708)

Dated:  December 21, 2012