IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| O&G INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> EVEREST NATIONAL INSURANCE COMPANY, <br><br> Defendant. | Case No.: 3:12-cv-01687-AWT <br><br> (ASSENTED TO) MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND AMENDED COMPLAINT <br><br> Document Electronically Filed |

1. The undersigned, counsel for defendant, Everest National Insurance Company, hereby moves for an extension of time up to and including February 4, 2013, to answer or otherwise respond to the Second Amended Complaint.

2. Defendant's time to answer or otherwise respond to the Second Amended Complaint presently expires on January 28, 2013.

3. Defendant's time to answer or otherwise respond to the original Complaint expired on December 25, 2012, and the time within which it was required to answer or otherwise respond to the Second Amended Complaint was extended to January 28, 2013, following the filing of the Second Amended Complaint.

4. This is defendant's second motion for an extension of time. The original motion was filed to extend the time to answer the Complaint. The Second Amended Complaint was filed pursuant to a stipulation in which defendant consented to the filing and its time to answer the Second Amended Complaint was extended to January 28, 2013.

1

*581631*

5.  Counsel for plaintiff has been advised of this request for an extension of time and has advised that plaintiff consents to the extension of time to answer or otherwise respond to the Second Amended Complaint to February 4, 2013.

Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH, LLP
1 Post Office Square, 30th Floor
Boston, MA 02109-2127
Attorneys for Defendant,
Everest National Insurance Company

Dated: January 28, 2013

By: /s/James E. Carroll
James E. Carroll (Bar Number ct26708)

Of Counsel:

Kevin E. Wolff, Esq.
COUGHLIN DUFFY LLP
Coughlin Duffy LLP
350 Mount Kemble Avenue, P.O. Box 2075
Morristown, New Jersey 07962-2075
Telephone: (973) 267-0058
Facsimile: (973) 267-6442
Attorneys for Defendant,
Everest National Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's CM/ECF System.

By: /s/James E. Carroll
James E. Carroll (Bar Number ct26708)

Dated: January 28, 2013

581631