IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **O&G INDUSTRIES, INC.,** | Case No.: 3:12-cv-01687-AWT |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| **EVEREST NATIONAL INSURANCE COMPANY,** | Document Electronically Filed |
| Defendant. | |

## NOTICE OF APPEARANCE

Please enter my appearance, Benjamin J. Carroll, as counsel for Defendant, Everest National Insurance Company in the above-captioned matter.

                                        Respectfully submitted,

                                        NELSON MULLINS RILEY & SCARBOROUGH, LLP
                                        1 Post Office Square, 30th Floor
                                        Boston, MA 02109-2127
                                        Attorneys for Defendant,
                                        Everest National Insurance Company

                              By:    /s/Benjamin J. Carroll_____
Dated:  February 4, 2013                Benjamin J. Carroll (Bar Number ct28873)

                                        Of Counsel:

                                        Kevin E. Wolff, Esq.
                                        COUGHLIN DUFFY LLP
                                        Coughlin Duffy LLP
                                        350 Mount Kemble Avenue, P.O. Box 2075
                                        Morristown, New Jersey 07962-2075
                                        Telephone:  (973) 267-0058
                                        Facsimile:   (973) 267-6442
                                        Attorneys for Defendant,
                                        Everest National Insurance Company

*584598*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 4, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  The parties may access this filing through the Court's CM/ECF System.

      By:   /s/Benjamin J. Carroll_____
            Benjamin J. Carroll (Bar Number ct28873)

Dated:  February 4, 2013

*584598*