# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **O&G INDUSTRIES, INC.,**<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**EVEREST NATIONAL INSURANCE COMPANY,**<br><br>　　　　　　　　　　Defendant. | Case No.: 3:12-cv-01687-AWT<br><br>**(ASSENTED TO) MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND AMENDED COMPLAINT**<br><br>Document Electronically Filed |

　　　　1.　　　The undersigned, counsel for defendant, Everest National Insurance Company, hereby moves for an extension of time up to and including February 14, 2013, to answer or otherwise respond to the Second Amended Complaint.

　　　　2.　　　Defendant's time to answer or otherwise respond to the Second Amended Complaint presently expires on February 4, 2013, pursuant to the Court's Order of January 29, 2013.

　　　　3.　　　Defendant's time to answer or otherwise respond to the original Complaint expired on December 25, 2012, and the time within which it was required to answer or otherwise respond to the Second Amended Complaint was initially extended to January 28, 2013, following the filing of the Second Amended Complaint, and extended to February 4, 2013, pursuant to the Court's Order of January 29, 2013.

*584598*

4. One reason for this instant extension is that plaintiff and defendant are presently engaged in discussions regarding the issues raised by plaintiff's complaint and additional time is needed to complete those discussions.

5. Counsel for plaintiff has been advised of this request for an extension of time and has advised that plaintiff consents to the extension of time to answer or otherwise respond to the Second Amended Complaint to February 14, 2013.

Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH, LLP
1 Post Office Square, 30th Floor
Boston, MA 02109-2127
Attorneys for Defendant,
Everest National Insurance Company

By: /s/Benjamin J. Carroll_____

Dated: February 4, 2013     Benjamin J. Carroll (Bar Number ct28873)

Of Counsel:

Kevin E. Wolff, Esq.
COUGHLIN DUFFY LLP
Coughlin Duffy LLP
350 Mount Kemble Avenue, P.O. Box 2075
Morristown, New Jersey 07962-2075
Telephone: (973) 267-0058
Facsimile: (973) 267-6442
Attorneys for Defendant,
Everest National Insurance Company

584598

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's CM/ECF System.

By: /s/Benjamin J. Carroll_____
Benjamin J. Carroll (Bar Number ct28873)

Dated: February 4, 2013

584598