IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **O&G INDUSTRIES, INC.,**<br><br>                    Plaintiff,<br><br>v.<br><br>**EVEREST NATIONAL INSURANCE COMPANY,**<br><br>                    Defendant. | Case No.: 3:12-cv-01687-AWT<br><br>**(ASSENTED TO) MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND AMENDED COMPLAINT**<br><br>Document Electronically Filed |

1.  The undersigned, counsel for defendant, Everest National Insurance Company, hereby moves for an extension of time up to and including March 15, 2013, to answer or otherwise respond to the Second Amended Complaint.

2.  Defendant moved before this Court on February 15, 2013, seeking an order extending its time to answer or otherwise respond to the Second Amended Complaint to February 22, 2013, and filed another motion on February 22, 2013, to extend the time to March 1, 2013.  Defendant believes both motions are presently pending.

3.  Defendant's time to answer or otherwise respond to the original Complaint expired on December 25, 2012, and the time within which it was required to answer or otherwise respond to the Second Amended Complaint was initially extended to January 28, 2013, following the filing of the Second Amended Complaint, extended to February 4, 2013, pursuant to the Court's Order of January 29, 2013, and extended to February 14, 2013, pursuant to the Court's Order of February 7, 2013.

1

*591455*

4.    One reason for this instant extension is that plaintiff and defendant remain engaged in discussions regarding the issues raised by plaintiff's complaint and additional time is needed to complete those discussions.

5.    Counsel for plaintiff has been advised of this request for an extension of time and has advised that plaintiff consents to the extension of time to answer or otherwise respond to the Second Amended Complaint to March 15, 2013.

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>NELSON MULLINS RILEY & SCARBOROUGH, LLP<br>1 Post Office Square, 30th Floor<br>Boston, MA 02109-2127<br>Attorneys for Defendant,<br>Everest National Insurance Company |
| Dated:  March 1, 2013 | By:    /s/ Benjamin J. Carroll_____<br>James E. Carroll (Bar Number ct26708)<br>Benjamin J. Carroll (Bar Number ct28873)<br><br>Of Counsel:<br><br>Kevin E. Wolff, Esq.<br>COUGHLIN DUFFY LLP<br>Coughlin Duffy LLP<br>350 Mount Kemble Avenue, P.O. Box 2075<br>Morristown, New Jersey 07962-2075<br>Telephone:  (973) 267-0058<br>Facsimile:   (973) 267-6442<br>Attorneys for Defendant,<br>Everest National Insurance Company |

*591455*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's CM/ECF System.

By: /s/ Benjamin J. Carroll
Benjamin J. Carroll (Bar Number ct28873)

Dated: March 1, 2013.

*591455*