IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| O&G INDUSTRIES, INC. : | |
|           Plaintiff, : | |
| : | Civil Action No. 3:12-cv-01687-AWT |
| VS. : | |
| : | |
| EVEREST NATIONAL INSURANCE : | |
| COMPANY, : | March 29, 2013 |
|           Defendant. : | |

### STIPULATION OF DSIMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff O&G Industries, Inc. and defendant Everest National Insurance Company, by their respective attorneys, that, pursuant to Fed. R. Civ. P. 41(a)(ii), the above-captioned action (Case No. 3:12-cv-01687-AWT) is hereby dismissed, with prejudice, each party to bear their own respective costs and fees.

By: */s/ Finley Harckham*
    Finley Harckham (Bar No. ct26403)
    Dennis J. Artese (Bar No. ct28071)
    ANDERSON KILL & OLICK, P.C.
    1251 Avenue of the Americas
    New York, NY 10020
    Tel: (212) 278-1000
    fharckham@andersonkill.com
    dartese@andersonkill.com

    Attorneys for Plaintiff
    O&G Industries, Inc.

By: /s/ James E. Carroll
James E. Carroll (Bar Number ct26708)
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
1 Post Office Square, 30th Floor
Boston, MA 02109-2127

Attorneys for Defendant
Everest National Insurance Company

Of Counsel:

Kevin E. Wolff, Esq.
COUGHLIN DUFFY LLP
Coughlin Duffy LLP
350 Mount Kemble Avenue, P.O. Box 2075
Morristown, New Jersey 07962-2075
Telephone: (973) 267-0058
Facsimile: (973) 267-6442

Attorneys for Defendant
Everest National Insurance Company